IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR WILLIAMS,                Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 21-CV-2598 |
| DFH REALTY LLC, *et al.*,                Defendants. | : : : | |

## ORDER

AND NOW, this 18th day of August, 2021, upon consideration of Plaintiff Amir Williams's Motion to Proceed *In Forma Pauperis* (ECF No. 2, 6), and *pro se* Amended Complaint (ECF No. 12) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to terminate Kimberly White and Joan Alexander as Defendants.

4. Williams's request for an injunction is **DENIED**.

5. The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons in the Court's Memorandum as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction,

6.  The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ John R. Padova**

**JOHN R. PADOVA, J.**